**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Anthony Drozdowski<br>Deborah Drozdowski<br><br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 18-12660 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Toyota Lease Trust and index same on the master mailing list.

                                                   Respectfully submitted,
                                                   **/s/ Rebecca A. Solarz, Esq**
                                                   Rebecca A Solarz, Esquire
                                                   KML Law Group, P.C.
                                                   701 Market Street, Suite 5000
                                                   Philadelphia, PA 19106-1532
                                                   (215) 627-1322