# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Anthony Drozdowski<br>　　　Deborah Drozdowski<br>　　　　　　Debtor(s) | CHAPTER 13 |
| Toyota Lease Trust<br>　　　　　　Movant<br>vs.<br>Anthony Drozdowski<br>Deborah Drozdowski<br>　　　　　　Debtor(s)<br>William C. Miller Esq.<br>　　　　　　Trustee | NO. 18-12660 MDC<br><br>11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2017 Toyota Corolla, VIN: 2T1BURHE5HC772450 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 3RD day of December, 2019.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc: See attached service list

Anthony Drozdowski
478 Pheasant Lane
Fairless Hills, PA 19030-3708

Deborah Drozdowski
478 Pheasant Lane
Fairless Hills, PA 19030-3708

Joshua Z. Goldblum, Esq.
826 Bustleton Pike (VIA ECF)
Suite 101 B
Feasterville, PA 19053

Michael P. Kelly, Esq.
202 Penns Square (VIA ECF)
Langhorne, PA 19047

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532