United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 18-12660-mdc
Anthony Drozdowski                                                            Chapter 13
Deborah Drozdowski
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1              Date Rcvd: Dec 05, 2019
                              Form ID: pdf900          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2019.
db/jdb       Anthony Drozdowski,   Deborah Drozdowski,   478 Pheasant Ln,   Fairless Hills, PA 19030-3708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Dec 06 2019 03:16:42     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 06 2019 03:16:25
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 06 2019 03:16:33     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/Text: bankruptcyteam@quickenloans.com Dec 06 2019 03:16:32     Quicken Loans Inc.,
             1050 Woodward Avenue,   Detroit, MI 48226-1906
cr          +E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2019 03:23:53     Synchrony Bank,
             c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                          TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2019 at the address(es) listed below:
             LAUREN S. ZABEL   on behalf of Creditor   Quicken Loans Inc. lzabel@reedsmith.com
             MICHAEL P. KELLY   on behalf of Debtor Anthony  Drozdowski mpkpc@aol.com,
             r47593@notify.bestcase.com
             MICHAEL P. KELLY   on behalf of Joint Debtor Deborah  Drozdowski mpkpc@aol.com,
             r47593@notify.bestcase.com
             REBECCA ANN SOLARZ   on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
             SARAH K. MCCAFFERY   on behalf of Creditor   Quicken Loans Inc. smccaffery@squirelaw.com
             United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
             WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                          TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Anthony Drozdowski<br>Deborah Drozdowski<br>Debtor(s) | CHAPTER 13 |
| Toyota Lease Trust<br><br>vs.<br>Movant | NO. 18-12660 MDC |
| Anthony Drozdowski<br>Deborah Drozdowski<br>Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>Trustee | |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this

bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing,

is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d)

and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take

possession and sell, lease, and otherwise dispose of the 2017 Toyota Corolla, VIN:

2T1BURHE5HC772450  in a commercially reasonable manner.  The stay provided by

Bankruptcy Rule 4001(a)(3) been waived.

Signed this 3RD day of December, 2019.

_____

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc: See attached service list

Anthony Drozdowski
478 Pheasant Lane
Fairless Hills, PA 19030-3708

Deborah Drozdowski
478 Pheasant Lane
Fairless Hills, PA 19030-3708

Joshua Z. Goldblum, Esq.
826 Bustleton Pike (VIA ECF)
Suite 101 B
Feasterville, PA 19053

Michael P. Kelly, Esq.
202 Penns Square (VIA ECF)
Langhorne, PA 19047

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532