# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Deborah Drozdowski and Anthony Drozdowski<br><br>Debtors | Chapter: 13<br><br>Bankruptcy No.: 18-12660-mdc<br><br>11 U.S.C. § 362 |

Quicken Loans Inc.

Movant

vs.

Deborah Drozdowski and Anthony Drozdowski

Debtors

and

Scott Waterman, Esquire, Esquire

Trustee

RESPONDENTS

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DEADLINE**

Quicken Loans Inc. has filed a Motion to Approve Loan Modification Agreement regarding the real property situated at 478 PHEASANT LN, FAIRLESS HILLS, PA 19030.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before   March 3, 2020   you or your attorney must do **all** of the following:

   (a) File an answer explaining your position at:
   Eastern District of Pennsylvania-Philadelphia Division
   Robert N.C. Nix Federal Courthouse
   900 Market Street - suite 400
   Philadelphia, PA 19107

   If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) mail a copy to the movant's attorney:
   **Chandra M. Arkema**
   **Richard M. Squire & Associates, LLC**
   **115 West Avenue, Suite 104**
   **Jenkintown, PA 19046**
   **Phone: (215) 886-8790**
   **Fax: (215) 886-8791**

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting request in the motion.

3.	A hearing on the motion is scheduled to be held before the Honorable Judge Magdeline D. Coleman on  March 19, 2020   at  11:00 am         in the Bankruptcy Courtroom of the United States Bankruptcy Court, Eastern District of Pennsylvania-Philadelphia Division, Robert N.C. Nix Federal Courthouse, 900 Market Street - Courtroom #2, Philadelphia, PA 19107.

4.	If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.	You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

  /s/ Chandra M. Arkema  
Richard M. Squire, Esq.  
M. Troy Freedman, Esq.  
Chandra M. Arkema, Esq.  
Paul S. Huntington, Esq.  
One Jenkintown Station, Suite 104  
115 West Avenue  
Jenkintown, PA 19046  
215-886-8790  
215-886-8791 (FAX)  
rsquire@squirelaw.com  
tfreedman@squirelaw.com  
carkema@squirelaw.com  
phuntington@squirelaw.com  

Dated: February 18, 2020