Certificate Number: 17572-PAM-DE-037283636

Bankruptcy Case Number: 18-12660



17572-PAM-DE-037283636

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 22, 2023, at 11:21 o'clock AM PDT, Deborah A Drozdowski completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   March 22, 2023         By:   /s/Judy Alexander

                               Name: Judy Alexander

                               Title: Counselor