Certificate Number: 17572-PAE-DE-037124767

Bankruptcy Case Number: 18-12660



17572-PAE-DE-037124767

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 22, 2023, at 11:59 o'clock AM PST, Anthony Drozdowski completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 22, 2023                By:   /s/Leigh-Anna M Thompson

                                        Name: Leigh-Anna M Thompson

                                        Title: Counselor