United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-12660-mdc |
| Anthony Drozdowski | Chapter 13 |
| Deborah Drozdowski | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Apr 24, 2023 | Form ID: 138OBJ | Total Noticed: 64 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Anthony Drozdowski, Deborah Drozdowski, 478 Pheasant Ln, Fairless Hills, PA 19030-3708 |
| 14094575 | | Bank of America, PO Box 9822238, El Paso, TX 79998 |
| 14094582 | | Dad Trucking, LLC, 478 Pheasant Ln, Fairless Hills, PA 19030-3708 |
| 14094584 | | Devon Drozdowski, 478 Pheasant Ln, Fairless Hills, PA 19030-3708 |
| 14576388 | + | FREEDOM MORTGAGE CORPORATION, CO Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia PA 19106-1541 |
| 14647490 | + | Freedom Mortgage Corporation, C/O Mario Hanyon, Brock and Scott, PLLC, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14094588 | | HRRQ, PO Box 8486, Coral Springs, FL 33075-8486 |
| 14094587 | + | Hayt, Hayt, and Landau, LLC, 2 Industrial Way W, Eatontown, NJ 07724-2279 |
| 14173550 | + | Joshua Z. Goldblum, Esquire, 826 Bustleton Pike, Suite 101, Feasterville, PA 19053-6002 |
| 14094594 | | Law Office of Frederick I. Weinberg, 375 E Elm St, Conshohocken, PA 19428-1973 |
| 14094598 | + | Radiology Affiliates, PO Box 8500-7512, Philadephia, PA 19178-0001 |
| 14094600 | | St. Mary Medical Center, 10604 Justin Dr, Des Moines, IA 50322-3755 |
| 14094603 | | TD Bank, PO Box 84031, Columbus, GA 31908-4031 |
| 14094607 | + | Wells Fargo, P.O. Box 564300, Charlotte, NC 28256-4300 |
| 14094609 | | Wells Fargo Bank, PO Box 29482, Los Angeles, CA 90029-0482 |
| 14094610 | | Weltman Weinberg & Reis, 170 S Independence Mall W Ste 874, Philadelphia, PA 19106-3334 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 24 2023 23:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 24 2023 23:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14094573 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 24 2023 23:34:28 | American Express, PO Box 8218, Mason, OH 45040-8218 |
| 14094574 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 24 2023 23:31:00 | Bank of America, PO Box 45224, Jacksonville, FL 32232-5224 |
| 14126218 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 24 2023 23:31:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14123148 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 24 2023 23:31:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14094576 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 24 2023 23:34:28 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14094581 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |

Case 18-12660-mdc Doc 66 Filed 04/26/23 Entered 04/27/23 00:30:36 Desc Imaged
Certificate of Notice Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Apr 24, 2023 | Form ID: 138OBJ | Total Noticed: 64 |

| | | | |
|---|---|---|---|
| | | Apr 24 2023 23:31:00 | Citizens Bank, PO Box 82522, Lincoln, NE 68501-2522 |
| 14112471 | Email/PDF: bncnotices@becket-lee.com | Apr 24 2023 23:34:37 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14094579 | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Apr 24 2023 23:31:00 | Citibank, c/o JH Portfolio Debt, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 14094578 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 24 2023 23:34:36 | Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14094580 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 24 2023 23:34:45 | Citibank NA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14094585 | Email/Text: mrdiscen@discover.com | Apr 24 2023 23:31:00 | Discover Financial Services,LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 14262749 | Email/Text: bnc-quantum@quantum3group.com | Apr 24 2023 23:31:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14094583 | Email/Text: electronicbkydocs@nelnet.net | Apr 24 2023 23:31:00 | Dept. of Education/Nelnet, 3015 S Parker Rd Ste 400, Aurora, CO 80014-2904 |
| 14097798 | Email/Text: mrdiscen@discover.com | Apr 24 2023 23:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14094586 | Email/Text: Bankruptcy@FMAAlliance.com | Apr 24 2023 23:31:00 | FMA Alliance, Ltd., 12339 Cutten Rd, Houston, TX 77066-1807 |
| 14647491 | + Email/Text: Bankruptcy@Freedommortgage.com | Apr 24 2023 23:31:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14582191 | Email/Text: Bankruptcy@Freedommortgage.com | Apr 24 2023 23:31:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14094589 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 24 2023 23:31:00 | Internal Revenue Service, Cincinnati, OH 45999-0030 |
| 14094591 | Email/PDF: gecsedi@recoverycorp.com | Apr 24 2023 23:34:36 | JC Penney/Synchrony Bank, PO Box 965007, Orlando, FL 32896-5007 |
| 14094592 | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Apr 24 2023 23:31:00 | JH Portfolio Debt Equities, LLC, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 14094577 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 24 2023 23:34:26 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 14094593 | Email/Text: PBNCNotifications@peritusservices.com | Apr 24 2023 23:31:00 | Kohl's/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14094595 | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Apr 24 2023 23:31:00 | Meadowbrook Neurology Group, c/o Berks Credit & Collections, 900 Corporate Dr, Reading, PA 19605-3340 |
| 14109787 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 24 2023 23:31:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14094596 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 24 2023 23:34:36 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4962 |
| 14116906 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 24 2023 23:34:36 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14095143 | + Email/PDF: rmscedi@recoverycorp.com | Apr 24 2023 23:34:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14121716 | Email/Text: bnc-quantum@quantum3group.com | Apr 24 2023 23:31:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14094597 | + Email/Text: bankruptcyteam@quickenloans.com | Apr 24 2023 23:31:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14094599 | Email/Text: bankruptcytn@wakeassoc.com | | |

Case 18-12660-mdc    Doc 66    Filed 04/26/23    Entered 04/27/23 00:30:36    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Apr 24, 2023 | Form ID: 138OBJ | Total Noticed: 64 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 24 2023 23:31:00 | St. Mary Emergency Department, c/o Wakefield Associates, 7005 Middlebrook Pike, Knoxville, TN 37909-1156 |
| 14094601 | | Email/PDF: gecsedi@recoverycorp.com | Apr 24 2023 23:34:36 | Syncb/Sam's Club, PO Box 965005, Orlando, FL 32896-5005 |
| 14094602 | | Email/PDF: gecsedi@recoverycorp.com | Apr 24 2023 23:34:27 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 14094604 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 24 2023 23:31:00 | Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 14094605 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 24 2023 23:31:00 | Toyota Financial Services, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 14109435 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 24 2023 23:31:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14476755 | | Email/PDF: bncnotices@becket-lee.com | Apr 24 2023 23:34:37 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14412105 | ^ | MEBN | Apr 24 2023 23:26:12 | Toyota Lease Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14105694 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 24 2023 23:31:00 | U.S. Department of Education C/O Nelnet, 121 South 13th Steet, Suite 201, Lincoln, NE 68508-1911 |
| 14094606 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 24 2023 23:31:00 | U.S. Bank, PO Box 2188, Oshkosh, WI 54903-2188 |
| 14110859 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 24 2023 23:31:00 | USB Leasing LT, c/o U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 14131382 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 24 2023 23:34:36 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14105446 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 24 2023 23:34:44 | WELLS FARGO BANK SMALL BUSINESS LENDING DIVISION, P.O. Box 29482, Phoenix, AZ 85038-8650, Telephone number: (888) 715-4315, SBLBKInquiry@wellsfargo.com 85038-9482 |
| 14094804 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 24 2023 23:34:26 | Wells Fargo, PO Box 94435, Albuquerque, NM 87199-4435 |
| 14094608 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 24 2023 23:34:26 | Wells Fargo Bank, PO Box 10335, Des Moines, IA 50306-0335 |
| 14100712 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 24 2023 23:34:27 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14113182 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 24 2023 23:34:26 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14094770 | * | American Express, PO Box 8218, Mason, OH 45040-8218 |
| 14094771 | * | Bank of America, PO Box 45224, Jacksonville, FL 32232-5224 |
| 14094772 | * | Bank of America, PO Box 9822238, El Paso, TX 79998 |
| 14094773 | * | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14094778 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, PO Box 82522, Lincoln, NE 68501-2522 |

Case 18-12660-mdc   Doc 66   Filed 04/26/23   Entered 04/27/23 00:30:36   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Apr 24, 2023 | Form ID: 138OBJ | Total Noticed: 64 |

| | | |
|---|---|---|
| 14094776 | * | Citibank, c/o JH Portfolio Debt, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 14094775 | * | Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14094777 | * | Citibank NA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14094782 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services,LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 14094779 | * | Dad Trucking, LLC, 478 Pheasant Ln, Fairless Hills, PA 19030-3708 |
| 14094780 | * | Dept. of Education/Nelnet, 3015 S Parker Rd Ste 400, Aurora, CO 80014-2904 |
| 14094781 | * | Devon Drozdowski, 478 Pheasant Ln, Fairless Hills, PA 19030-3708 |
| 14094783 | *P++ | FMA ALLIANCE LTD, 12339 CUTTEN ROAD, HOUSTON TX 77066-1807, address filed with court:, FMA Alliance, Ltd., 12339 Cutten Rd, Houston, TX 77066-1807 |
| 14094785 | * | HRRQ, PO Box 8486, Coral Springs, FL 33075-8486 |
| 14094784 | *+ | Hayt, Hayt, and Landau, LLC, 2 Industrial Way W, Eatontown, NJ 07724-2279 |
| 14094786 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Cincinnati, OH 45999-0030 |
| 14094590 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14094787 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14094788 | * | JC Penney/Synchrony Bank, PO Box 965007, Orlando, FL 32896-5007 |
| 14094789 | * | JH Portfolio Debt Equities, LLC, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 14094774 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 14094790 | * | Kohl's/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14094791 | * | Law Office of Frederick I. Weinberg, 375 E Elm St, Conshohocken, PA 19428-1973 |
| 14094792 | * | Meadowbrook Neurology Group, c/o Berks Credit & Collections, 900 Corporate Dr, Reading, PA 19605-3340 |
| 14094793 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4962 |
| 14123250 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14094794 | *+ | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14094795 | *+ | Radiology Affiliates, PO Box 8500-7512, Philadephia, PA 19178-0001 |
| 14094796 | * | St. Mary Emergency Department, c/o Wakefield Associates, 7005 Middlebrook Pike, Knoxville, TN 37909-1156 |
| 14094797 | * | St. Mary Medical Center, 10604 Justin Dr, Des Moines, IA 50322-3755 |
| 14094798 | * | Syncb/Sam's Club, PO Box 965005, Orlando, FL 32896-5005 |
| 14094799 | * | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 14094800 | * | TD Bank, PO Box 84031, Columbus, GA 31908-4031 |
| 14094801 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 14094802 | * | Toyota Financial Services, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 14094803 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, U.S. Bank, PO Box 2188, Oshkosh, WI 54903-2188 |
| 14094805 | * | Wells Fargo Bank, PO Box 10335, Des Moines, IA 50306-0335 |
| 14094806 | * | Wells Fargo Bank, PO Box 29482, Los Angeles, CA 90029-0482 |
| 14094807 | * | Weltman Weinberg & Reis, 170 S Independence Mall W Ste 874, Philadelphia, PA 19106-3334 |

TOTAL: 0 Undeliverable, 39 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2023 at the address(es) listed below:**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Apr 24, 2023 | Form ID: 138OBJ | Total Noticed: 64 |

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CHANDRA M. ARKEMA | on behalf of Creditor Quicken Loans Inc. carkema@squirelaw.com  vcosme@squirelaw.com,jberry@squirelaw.com |
| CHANDRA M. ARKEMA | on behalf of Creditor Quicken Loans  LLC carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| LAUREN S. ZABEL | on behalf of Creditor Quicken Loans Inc. lzabel@reedsmith.com |
| MARIO J. HANYON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| MICHAEL JOHN CLARK | on behalf of Creditor Quicken Loans  LLC mclark@squirelaw.com |
| MICHAEL P. KELLY | on behalf of Joint Debtor Deborah Drozdowski mpkpc@aol.com  r47593@notify.bestcase.com |
| MICHAEL P. KELLY | on behalf of Debtor Anthony Drozdowski mpkpc@aol.com  r47593@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Anthony Drozdowski and Deborah
Drozdowski

      Debtor(s)                        Case No: 18−12660−mdc

                                                  Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                              900 Market Street
                                  Suite 400
                         Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/24/23

                                                                                                                                                                        64 − 63
                                                                                                                                                               Form 138OBJ