United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 18-12660-mdc
Anthony Drozdowski  Chapter 13
Deborah Drozdowski
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: May 12, 2023      Form ID: 3180W      Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Anthony Drozdowski, Deborah Drozdowski, 478 Pheasant Ln, Fairless Hills, PA 19030-3708 |
| 14173550 | + | Joshua Z. Goldblum, Esquire, 826 Bustleton Pike, Suite 101, Feasterville, PA 19053-6002 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 12 2023 23:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | May 13 2023 03:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 12 2023 23:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14126218 | + | EDI: BANKAMER2.COM | May 13 2023 03:56:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14123148 | | EDI: BANKAMER.COM | May 13 2023 03:56:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14112471 | | Email/PDF: bncnotices@becket-lee.com | May 13 2023 00:15:48 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14094580 | | EDI: CITICORP.COM | May 13 2023 03:56:00 | Citibank NA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14262749 | | EDI: Q3G.COM | May 13 2023 03:56:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14097798 | | EDI: DISCOVER.COM | May 13 2023 03:56:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14582191 | | Email/Text: Bankruptcy@Freedommortgage.com | May 12 2023 23:57:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14094590 | | EDI: IRS.COM | May 13 2023 03:56:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14109787 | + | Email/Text: bankruptcydpt@mcmcg.com | May 12 2023 23:58:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14116906 | | EDI: PRA.COM | May 13 2023 03:56:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14121716 | | EDI: Q3G.COM | May 13 2023 03:56:00 | Quantum3 Group LLC as agent for, JH Portfolio |

District/off: 0313-2  User: admin  Page 2 of 3
Date Rcvd: May 12, 2023  Form ID: 3180W  Total Noticed: 23

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14109435 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 12 2023 23:57:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14476755 | | Email/PDF: bncnotices@becket-lee.com | May 13 2023 00:16:28 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14105694 | + | Email/Text: electronicbkydocs@nelnet.net | May 12 2023 23:58:00 | U.S. Department of Education C/O Nelnet, 121 South 13th Steet, Suite 201, Lincoln, NE 68508-1911 |
| 14110859 | | EDI: USBANKARS.COM | May 13 2023 03:56:00 | USB Leasing LT, c/o U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 14131382 | + | EDI: AIS.COM | May 13 2023 03:56:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14105446 | + | EDI: WFFC2 | May 13 2023 03:56:00 | WELLS FARGO BANK SMALL BUSINESS LENDING DIVISION, P.O. Box 29482, Phoenix, AZ 85038-8650, Telephone number: (888) 715-4315, SBLBKInquiry@wellsfargo.com 85038-9482 |
| 14100712 | + | EDI: WFFC2 | May 13 2023 03:56:00 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14113182 | | EDI: WFFC2 | May 13 2023 03:56:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14123250 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2023  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |

| | |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CHANDRA M. ARKEMA | on behalf of Creditor Quicken Loans Inc. carkema@squirelaw.com  vcosme@squirelaw.com,jberry@squirelaw.com |
| CHANDRA M. ARKEMA | on behalf of Creditor Quicken Loans  LLC carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LAUREN S. ZABEL | on behalf of Creditor Quicken Loans Inc. lzabel@reedsmith.com |
| MARIO J. HANYON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| MICHAEL JOHN CLARK | on behalf of Creditor Quicken Loans  LLC mclark@squirelaw.com |
| MICHAEL P. KELLY | on behalf of Joint Debtor Deborah Drozdowski mpkpc@aol.com  r47593@notify.bestcase.com |
| MICHAEL P. KELLY | on behalf of Debtor Anthony Drozdowski mpkpc@aol.com  r47593@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Anthony Drozdowski | Social Security number or ITIN  xxx–xx–3142 |
| | First Name  Middle Name  Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | Deborah Drozdowski | Social Security number or ITIN  xxx–xx–4679 |
| | First Name  Middle Name  Last Name | EIN  __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 18–12660–mdc | |

# Order of Discharge  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Anthony Drozdowski                    Deborah Drozdowski

<u>5/11/23</u>                                                   **By the court:** <u>Magdeline D. Coleman</u>
                                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**