United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 18-12660-mdc
Anthony Drozdowski  Chapter 13
Deborah Drozdowski
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 15, 2023 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14121716 | Email/Text: bnc-quantum@quantum3group.com | May 16 2023 00:07:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 17, 2023      Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CHANDRA M. ARKEMA | on behalf of Creditor Quicken Loans LLC carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com |
| CHANDRA M. ARKEMA | on behalf of Creditor Quicken Loans Inc. carkema@squirelaw.com vcosme@squirelaw.com,jberry@squirelaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 15, 2023 | Form ID: trc | Total Noticed: 1 |

LAUREN S. ZABEL
    on behalf of Creditor Quicken Loans Inc. lzabel@reedsmith.com

MARIO J. HANYON
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com

MICHAEL JOHN CLARK
    on behalf of Creditor Quicken Loans  LLC mclark@squirelaw.com

MICHAEL P. KELLY
    on behalf of Joint Debtor Deborah Drozdowski mpkpc@aol.com  r47593@notify.bestcase.com

MICHAEL P. KELLY
    on behalf of Debtor Anthony Drozdowski mpkpc@aol.com  r47593@notify.bestcase.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-12660-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Anthony Drozdowski
478 Pheasant Ln
Fairless Hills PA 19030-3708

Deborah Drozdowski
478 Pheasant Ln
Fairless Hills PA 19030-3708

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/15/2023.

Name and Address of Alleged Transferor(s):

Claim No. 15: Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA  98083-0788

Name and Address of Transferee:

LVNV Funding LLC
PO Box 10587
Greenville, SC 29603

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  05/17/23

Tim McGrath
**CLERK OF THE COURT**