**Fill in this information to identify the case:**

Debtor 1   Anthony  Drozdowski

Debtor 2   Deborah  Drozdowski
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of PA

Case number   18-12660 MDC

# Form 4100R

# Response to Notice of Final Cure Payment                              10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1:  Mortgage Information

**Name of Creditor:**   FREEDOM MORTGAGE CORPORATION     **Court claim no.** (if known):   7-2

**Last 4 digits** of any number you use to identify the debtor's account:   4864
**Property address:**
  478 Pheasant Lane
  Fairless Hills, PA 19030-3708

## Part 2:  Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                             $ _____

## Part 3:  Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a.  Total postpetition ongoing payments due:                    (a)     $ 2,937.50

b.  Total fees, charges, expenses, escrow, and costs outstanding:   + (b)    $ 0.00

c.  **Total.** Add lines a and b.                               (c)     $ 2,937.50

Creditor asserts that the debtor(s) are contractually obligated for   04 / 01 / 2023
the postpetition payment(s) that first became due on:

Document ID: 72b686c56dc8aa2f327b2586b174ebf38e9297b6d1222f53892d04fbb56c66a7

| Debtor(s) | Anthony Drozdowski and Deborah Drozdowski | Case Number (if known): 18-12660 MDC |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ Michael Farrington          Date    05/16/2023
Michael Farrington
16 May 2023, 16:33:40, EDT

    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 16106
    215-627-1322
    bkgroup@kmllawgroup.com
    Attorney for Creditor

Document ID: 72b686c56dc8aa2f327b2586b174ebf38e9297b6d1222f53892d04fbb56c66a7

| Loan # | |
|---|---|
| BK Case # | 1812660 |
| Name | Drozdowski |
| BK Filed | 4/20/2018 |

| Date Received | Contractual Due Date | Post Petition Due Date | Pre | Payment Amount | Amount Due | Difference | Post Suspense | Pre Suspense | Fees | Contractual from Pre | Comments | Principal | Interest | Principal Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/1/2020 | LOAN MOD | BOARDED | | $ 7,806.98 | | $ 7,806.98 | $ 7,806.98 | $ - | | | Balance at Filing | | | |
| 6/1/2020 | | 3/1/2020 | | | $ 1,806.97 | $ (1,806.97) | $ 6,000.01 | $ - | | | | | | $ - |
| 6/1/2020 | | 4/1/2020 | | | $ 1,806.97 | $ (1,806.97) | $ 4,193.04 | $ - | | | | | | $ - |
| 6/1/2020 | | 5/1/2020 | | | $ 1,806.97 | $ (1,806.97) | $ 2,386.07 | $ - | | | | | | $ - |
| 6/1/2020 | | 6/1/2020 | | | $ 1,806.97 | $ (1,806.97) | $ 579.10 | $ - | | | | | | $ - |
| 6/3/2020 | | 7/1/2020 | | $ 1,806.97 | $ 1,809.56 | $ (2.59) | $ 576.51 | $ - | | | | | | $ - |
| 7/1/2020 | | 8/1/2020 | | $ 1,809.56 | $ 1,809.56 | $ - | $ 576.51 | $ - | | | | | | $ - |
| 8/6/2020 | | 9/1/2020 | | $ 1,806.97 | $ 1,809.56 | $ (2.59) | $ 573.92 | $ - | | | | | | $ - |
| 9/10/2020 | | 10/1/2020 | | $ 1,809.56 | $ 1,809.56 | $ - | $ 573.92 | $ - | | | | | | $ - |
| 10/6/2020 | | 11/1/2020 | | $ 1,809.56 | $ 1,809.56 | $ - | $ 573.92 | $ - | | | | | | $ - |
| 11/5/2020 | | 12/1/2020 | | $ 1,811.84 | $ 1,811.84 | $ - | $ 573.92 | $ - | | | | | | $ - |
| 1/11/2021 | | 1/1/2021 | | $ 1,811.84 | $ 1,811.84 | $ - | $ 573.92 | $ - | | | | | | $ - |
| 2/5/2021 | | | | | | $ - | $ 573.92 | $ - | | | | | | $ - |
| 2/22/2021 | | 2/1/2021 | | $ 1,811.84 | $ 1,811.84 | $ - | $ 573.92 | $ - | | | | | | $ - |
| 3/19/2021 | | 3/1/2021 | | $ 1,811.84 | $ 1,811.84 | $ - | $ 573.92 | $ - | | | | | | $ - |
| 4/16/2021 | | 4/1/2021 | | $ 1,839.42 | $ 1,811.84 | $ 27.58 | $ 601.50 | $ - | | | | | | $ - |
| 4/16/2021 | | | | | | $ - | $ 601.50 | $ - | | | | | | $ - |
| 6/15/2021 | | 5/1/2021 | | $ 1,811.84 | $ 1,811.84 | $ - | $ 601.50 | $ - | | | | | | $ - |
| 7/14/2021 | | 6/1/2021 | | $ 1,811.84 | $ 1,811.84 | $ - | $ 601.50 | $ - | | | | | | $ - |
| 8/19/2021 | | 7/1/2021 | | $ 1,811.84 | $ 1,811.84 | $ - | $ 601.50 | $ - | | | | | | $ - |
| 9/16/2021 | | 8/1/2021 | | $ 1,811.84 | $ 1,811.84 | $ - | $ 601.50 | $ - | | | | | | $ - |
| 10/22/2021 | | 9/1/2021 | | $ 1,811.84 | $ 1,811.84 | $ - | $ 601.50 | $ - | | | | | | $ - |
| 11/16/2021 | | 10/1/2021 | | $ 1,811.84 | $ 1,811.84 | $ - | $ 601.50 | $ - | | | | | | |
| 12/22/2021 | | 11/1/2021 | | $ 2,047.57 | $ 1,811.84 | $ 235.73 | $ 837.23 | $ - | | | | | | |
| 1/28/2022 | | 12/1/2021 | | $ 2,047.57 | $ 2,047.57 | $ - | $ 837.23 | $ - | | | | | | |
| 2/24/2022 | | 1/1/2022 | | $ 2,047.57 | $ 2,047.57 | $ - | $ 837.23 | $ - | | | | | | |
| 3/23/2022 | | 2/1/2022 | | $ 2,047.57 | $ 2,047.57 | $ - | $ 837.23 | $ - | | | | | | |
| 4/20/2022 | | 3/1/2022 | | $ 2,047.57 | $ 2,047.57 | $ - | $ 837.23 | $ - | | | | | | |
| 5/20/2022 | | 4/1/2022 | | $ 2,047.57 | $ 2,047.57 | $ - | $ 837.23 | $ - | | | | | | |
| 6/23/2022 | | 5/1/2022 | | $ 2,047.57 | $ 2,047.57 | $ - | $ 837.23 | $ - | | | | | | |
| 7/29/2022 | | 6/1/2022 | | $ 2,047.57 | $ 2,047.57 | $ - | $ 837.23 | $ - | | | | | | |
| 8/26/2022 | | 7/1/2022 | | $ 2,047.57 | $ 2,047.57 | $ - | $ 837.23 | $ - | | | | | | |
| 9/23/2022 | | 8/1/2022 | | $ 2,047.57 | $ 2,047.57 | $ - | $ 837.23 | $ - | | | | | | |
| 10/24/2022 | | 9/1/2022 | | $ 2,047.57 | $ 2,047.57 | $ - | $ 837.23 | $ - | | | | | | |
| 11/25/2022 | | 10/1/2022 | | $ 2,047.57 | $ 2,047.57 | $ - | $ 837.23 | $ - | | | | | | |
| 12/21/2022 | | 11/1/2022 | | $ 1,727.36 | $ 2,047.57 | $ (320.21) | $ 517.02 | $ - | | | | | | |
| 1/24/2023 | | 12/1/2022 | | $ 1,727.36 | $ 1,727.36 | $ - | $ 517.02 | $ - | | | | | | |
| 2/23/2023 | | 1/1/2023 | | $ 1,727.56 | $ 1,727.36 | $ 0.20 | $ 517.22 | $ - | | | | | | |
| 3/30/2023 | | 2/1/2023 | | $ 1,727.36 | $ 1,727.36 | $ - | $ 517.22 | $ - | | | | | | |
| 4/27/2023 | | 3/1/2023 | | $ 1,727.36 | $ 1,727.36 | $ - | $ 517.22 | $ - | | | | | | |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Anthony Drozdowski** <br> **Deborah Drozdowski** <br>                        **Debtor(s)** | **BK NO. 18-12660 MDC** <br><br> **Chapter 13** |
| **FREEDOM MORTGAGE CORPORATION** <br>                        **Movant** <br> vs. | **Related to Claim No. 7-2** |
| **Anthony Drozdowski** <br> **Deborah Drozdowski** <br>                        **Debtor(s)** | |
| **Kenneth E. West**, <br>                        **Trustee** | |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 16, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Anthony Drozdowski
478 Pheasant Lane
Fairless Hills, PA 19030-3708

Deborah Drozdowski
478 Pheasant Lane
Fairless Hills, PA 19030-3708

Attorney for Debtor(s) (via ECF)
Michael P. Kelly, Esq.
Cowan & Kelly
202 Penns Square
Langhorne, PA 19047

Trustee (via ECF)
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service: electronic means or first-class mail.

Dated: May 16, 2023

                                                  */s/ Michael P. Farrington*
                                                  Michael P. Farrington, Esquire
                                                  Attorney I.D. 329636
                                                  KML Law Group, P.C.
                                                  BNY Mellon Independence Center
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA 19106
                                                  215-627-1322
                                                  mfarrington@kmllawgroup.com